# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:08-CR-128-1BO

MOZZELL FAISON

On July 29, 2009, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Robert L. Thornton  
Robert L. Thornton  
Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____16_____ day of __May_____, 2012.

Terrence W. Boyle  
U.S. District Judge